IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| L & T ENTERPRISES, LLC, dba GOLDEN SPIKE; and TAMMY WALTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>WHITE PINE INSURANCE COMPANY; REZATTO GROUP; CONIFER HOLDINGS INC.; CONIFER INSURANCE COMPANY; TONY CRYLEN; and DOES 1 THROUGH 5,<br><br>Defendants. | CV 18-79-GF-BMM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

Upon stipulation of the parties, and for good cause appearing

IT IS HEREBY ORDERED that the above-captioned civil cause be, and hereby is, dismissed with prejudice as fully settled upon its merits. Each party shall be responsible for its own costs and attorneys' fees.

DATED this 1st day of April, 2019.

_____
Brian Morris
United States District Court Judge